No. 443, Misc.   CUPO ET AL. *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Josiah Lyman* for petitioners.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 515, Misc.   CARRILLO *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.   Petitioner *pro se.   Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Walter R. Jones,* Deputy Attorney General, for respondent.

No. 615, Misc.   AUSTIN *v.* CALIFORNIA.   Dist. Ct. App. Cal., 1st App. Dist.   Certiorari denied.   Petitioner *pro se.   Thomas C. Lynch,* Attorney General of California, and *Derald E. Granberg* and *Robert S. Shuken,* Deputy Attorneys General, for respondent.

No. 640, Misc.   PRIMUS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.   Sup. Ct. Fla.   Certiorari denied.   Petitioner *pro se.   Earl Faircloth,* Attorney General of Florida, and *Stanley D. Kupiszewski, Jr.,* Assistant Attorney General, for respondent.

No. 641, Misc.   OSBORNE ET AL. *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.   *Fred Okrand* for petitioners. *Thomas C. Lynch,* Attorney General of California, *Arlo E. Smith,* Chief Assistant Attorney General, and *Doris H. Maier,* Assistant Attorney General, for respondent.

No. 645, Misc.   DODGE *v.* UTAH.   Sup. Ct. Utah.   Certiorari denied.   Petitioner *pro se.   Phil L. Hansen,* Attorney General of Utah, and *Gary A. Frank,* Assistant Attorney General, for respondent.